IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                                        No. 1:15-cv-00557-KK-KBM

        Plaintiff,

v.

NEW MEXICO ORTHOPAEDIC ASSOCIATES,
P.C.,

        Defendant.

## NOTICE OF ENTRY OF APPEARANCE AND WITHDRAWAL AND SUBSTITUTION OF COUNSEL

      Keleher & McLeod, P.A. (Charles Archuleta) hereby enters its appearance as attorneys of record on behalf of Defendants New Mexico Orthopaedic Associates, P.C., substituting for the law firm of Butt Thornton & Baehr P.C. (Agnes Fuentevilla Padilla), which hereby gives notice that it is withdrawing as attorneys of record for New Mexico Orthopaedic Associates, P.C. All parties consent to the withdrawal and substitution of counsel.

                                                Respectfully submitted,
                                                KELEHER & MCLEOD, P.A.

                                                By: */s/ Charles Archuleta*
                                                P.O. Box AA
                                               Albuquerque, NM 87103-1626
                                               Phone: (505) 346-4646

                                                              BUTT THORNTON & BAEHR, PC

                                                              By: *Agnes Fuentevilla Padilla*
                                                              Agnes Fuentevilla Padilla
                                                              P.O. Box 3170
                                                              Albuquerque, NM 87190
                                                              Phone: (505) 884-0777

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was submitted through the Court's Electronic Filing System for filing and service and that a copy of the same was emailed to the following counsel of record on the 5th day of November, 2015:

Loretta Medina
Attorneys for Plaintiff
Equal Opportunity Commission
Email: Loretta.medina@eeoc.gov

Keleher & McLeod, P.A.

*By: Charles Archuleta*

Butt Thornton & Baehr, P.C.

*By: Agnes Fuentevilla Padilla*