**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

vs.                                                                 No. 15cv557 MV/KBM

NEW MEXICO ORTHOPAEDIC
ASSOCIATES, P.C.,

    Defendant.

## NOTICE OF APPEARANCE

COMES NOW Cassandra R. Malone (Keleher & McLeod, P.A.) and hereby enters her appearance as counsel for Defendant New Mexico Orthopaedic Associates, P.C.

                                             Respectfully submitted,

                                             KELEHER & McLEOD, P.A.

                                             By: */s/ Cassandra R. Malone*
                                                 S. Charles Archuleta
                                                 Cassandra R. Malone
                                                 PO Box AA
                                                 Albuquerque, NM  87103
                                                 Telephone:  (505)346-4646
                                                 Facsimile:  (505)346-1370
                                                 *Attorneys for Defendant*
                                                 *New Mexico Orthopaedic Associates, P.C.*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 30th day of December, 2015, I filed the foregoing NOTICE OF APPEARANCE electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

       **Loretta Medina**
       loretta.medina@eeoc.gov
       *Attorney for Plaintiff*
       *Equal Opportunity Commission*


        */s/ Cassandra R. Malone*
       Cassandra R. Malone

4830-3756-9836, v. 1