IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

vs.                                            No. 15cv557 MV/KBM

NEW MEXICO ORTHOPAEDIC
ASSOCIATES, P.C.,

    Defendant.

## ORDER GRANTING JOINT MOTION TO STAY ALL PENDING DEADLINES AND REQUEST FOR SETTLEMENT CONFERENCE

THIS MATTER having come before the Court on Defendant's and Plaintiff's Joint Motion to Stay all Pending Deadlines and Request for Settlement Conference, and the Court being otherwise fully advised in the premises, FINDS that the Joint Motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND DECREED that:

1.    All pending depositions and deadlines in this case that have not passed as of May 27, 2016 are hereby stayed, except written discovery which is complete. The depositions and pending deadlines that are hereby stayed include:

- Deposition of Dr. Rios-Galarza;

- Deposition of Robert Thomson, M.A., L.P. C.C.;

- Deposition of Rochelle ("Shelly") Duran;

- Deposition of a Fed. R. Civ. P. 30(b)(6) witness for Defendant;

- Defendant's responses to Requests for Admission (originally due on June 6, 2016);

- Plaintiff's responses to Requests for Admission (originally due on June 8, 2016);

- Discovery deadline (originally on June 6, 2016);

- Deadline for Defendant to name an expert regarding the text messages and Ms. Yalch's cell phone and to provide an expert report (originally due on May 31, 2016);

- Deadline for Plaintiff to identify any rebuttal experts and provide any expert reports (originally due on June 30, 2016);

- Deadline for the parties to depose any expert identified by defendant (originally due on July 29, 2016);

- Deadline for the parties to depose any rebuttal experts identified by Plaintiff (originally due on August 12, 2016);

- Deadline for motions related to discovery (originally due on June 13, 2016);

- Deadline for the parties to file pretrial motions (originally due on August 29, 2016); and

- Consolidated final Pretrial Order. (Original deadlines: Plaintiff to Defendant on or before September 6, 2016, Defendant to Court on or before September 20, 2016).

2. The Court will schedule a settlement conference, at the Court's convenience.

3. If this matter is not resolved in a settlement conference, the parties will work together on a joint motion to propose new deadlines for all pending deadlines that are hereby stayed, listed in paragraph 1, above. That joint motion will be submitted to the Court, for Court approval.

                                                */s/ Karen B. Molzen*
                               THE HONORABLE KAREN B. MOLZEN
                               UNITED STATES CHIEF MAGISTRATE JUDGE

**Submitted by:**

KELEHER & McLEOD, PA

By: */s/ Cassandra R. Malone*
    S. Charles Archuleta
    Cassandra R. Malone
    PO Box AA
    Albuquerque, NM  87103-1626
    Telephone:  (505)346-4646
    sca@keleher-law.com
    crm@keleher-law.com
    *Attorneys for Defendant*


**Approved by:**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

      *Approved via email*
By:   *L. Medina on 05/31/16*
    Loretta Medina
    Senior Trial Attorney
    Albuquerque Area Office
    505 Marquette Ave NW, Ste 900
    Albuquerque, NM  87102
    Telephone:  (505)248-5230
    loretta.medina@eeoc.gov
    *Attorneys for Plaintiff*

4819-2044-0370, v.  1